**Fill in this information to identify the case:**

Debtor 1 AIDA YADARI MARTINEZ CLAUDIO

Debtor 2 (Spouse, if filing) ______

United States Bankruptcy Court for the: District of Puerto Rico

Case number 24-00914 (MCF) Ch. 13

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** EMI EQUITY MORTGAGE, INC.

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 3 0 9 9

**Date of payment change:** Must be at least 21 days after date of this notice: 10/01/2026

**New total payment:** Principal, interest, and escrow, if any: $ 632.33

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: SEE ATTACHED STATEMENT

**Current escrow payment:** $ 74.53 **New escrow payment:** $ 72.81

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______

**Current interest rate:** ______% **New interest rate:** ______%

**Current principal and interest payment:** $ ______ **New principal and interest payment:** $ ______

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ______

**Current mortgage payment:** $ ______ **New mortgage payment:** $ ______

Debtor 1 AIDA YADARI MARTINEZ CLAUDIO
First Name Middle Name Last Name

Case number *(if known)* 24-00914 (MCF) Ch. 13

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘/s/WALLACE VAZQUEZ SANABRIA
Signature

Date 09/09/2026

Print: WALLACE VAZQUEZ SANABRIA
First Name Middle Name Last Name

Title Attorney

Company WVS LAW LLC

Address #17 MEXICO STREET, SUITE D-1
Number Street

SAN JUAN, PR 00917-2202
City State ZIP Code

Contact phone 787-756-5730

Email wvslawllc@gmail.com

24-00914 MCF

EMI EQUITY MORTGAGE, INC
Departamento de Servicios Hipotecarios
P.O. Box 195442
San Juan, PR 00919-5442
For Inquiries: (888) 253-8006

Final

Analysis Date: August 07, 2026

Aida Yadari Martinez Claudio
HC 3 BOX 37928
CAGUAS PR 00725-9719

Loan: 0000503099

Property Address:
PR 183 KM 5.6 Lot A&B Bo Hato
San Lorenzo, PR 00754

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Oct 2025 to Sept 2026. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Oct 01, 2026: |
|---|---|---|
| Principal & Interest Pmt: | 559.52 | 559.52 |
| Escrow Payment: | 74.53 | 72.81 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $634.05 | $632.33 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Sep 01, 2026 |
| Escrow Balance: | 172.32 |
| Anticipated Pmts to Escrow: | 74.53 |
| Anticipated Pmts from Escrow (-): | 54.79 |
| Anticipated Escrow Balance: | $192.06 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 172.53 | 194.18 |
| Oct 2025 | 76.33 | 74.53 | 56.41 | 54.79 | * MI - FHA | 192.45 | 213.92 |
| Nov 2025 | 76.33 | 74.53 | 56.41 | 54.79 | * MI - FHA | 212.37 | 233.66 |
| Dec 2025 | 76.33 | 74.53 | 56.41 | 54.79 | * MI - FHA | 232.29 | 253.40 |
| Jan 2026 | 76.33 | 74.53 | | | * Tax | 308.62 | 327.93 |
| Jan 2026 | | | 56.41 | 54.79 | * MI - FHA | 252.21 | 273.14 |
| Jan 2026 | | | | 54.79 | * MI - FHA | 252.21 | 218.35 |
| Feb 2026 | 76.33 | 74.53 | 56.41 | 54.79 | * MI - FHA | 272.13 | 238.09 |
| Mar 2026 | 76.33 | 149.06 | 56.41 | 54.79 | * MI - FHA | 292.05 | 332.36 |
| Apr 2026 | 76.33 | | 56.41 | 54.79 | * MI - FHA | 311.97 | 277.57 |
| May 2026 | 76.33 | 149.06 | 56.41 | | * MI - FHA | 331.89 | 426.63 |
| Jun 2026 | 76.33 | | 56.41 | 54.79 | * MI - FHA | 351.81 | 371.84 |
| Jul 2026 | 76.33 | 74.53 | | | * Tax | 428.14 | 446.37 |
| Jul 2026 | | | 56.41 | 54.79 | * MI - FHA | 371.73 | 391.58 |
| Jul 2026 | | | | 239.00 | * Hazard | 371.73 | 152.58 |
| Jul 2026 | | | | 54.79 | * MI - FHA | 371.73 | 97.79 |
| Aug 2026 | 76.33 | | 239.00 | | * Hazard | 209.06 | 97.79 |
| Aug 2026 | | 74.53 | 56.41 | | * MI - FHA | 152.65 | 172.32 |
| Sep 2026 | 76.33 | | 56.41 | | * MI - FHA | 172.57 | 172.32 |
| | | | | | Anticipated Transactions | 172.57 | 172.32 |
| Jul 2026 | | | | | Tax | | 172.32 |
| Sep 2026 | | 74.53 | | 54.79 | MI - FHA | | 192.06 |
| | $915.96 | $894.36 | $915.92 | $896.48 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 915.92. Under Federal law, your lowest monthly balance should not have exceeded 152.65 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than 152.65. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.

Analysis Date: August 07, 2026

Aida Yadari Martinez Claudio Loan: 0000503099

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | Description | Anticipated | Required |
| | | | Starting Balance | 192.06 | 169.29 |
| Oct 2026 | 74.71 | 54.79 | MI - FHA | 211.98 | 189.21 |
| Nov 2026 | 74.71 | 54.79 | MI - FHA | 231.90 | 209.13 |
| Dec 2026 | 74.71 | 54.79 | MI - FHA | 251.82 | 229.05 |
| Jan 2027 | 74.71 | | Tax | 326.53 | 303.76 |
| Jan 2027 | | 54.79 | MI - FHA | 271.74 | 248.97 |
| Feb 2027 | 74.71 | 54.79 | MI - FHA | 291.66 | 268.89 |
| Mar 2027 | 74.71 | 54.79 | MI - FHA | 311.58 | 288.81 |
| Apr 2027 | 74.71 | 54.79 | MI - FHA | 331.50 | 308.73 |
| May 2027 | 74.71 | 54.79 | MI - FHA | 351.42 | 328.65 |
| Jun 2027 | 74.71 | 54.79 | MI - FHA | 371.34 | 348.57 |
| Jul 2027 | 74.71 | | Tax | 446.05 | 423.28 |
| Jul 2027 | | 54.79 | MI - FHA | 391.26 | 368.49 |
| Aug 2027 | 74.71 | 239.00 | Hazard | 226.97 | 204.20 |
| Aug 2027 | | 54.79 | MI - FHA | 172.18 | 149.41 |
| Sep 2027 | 74.71 | 54.79 | MI - FHA | 192.10 | 169.33 |
| | $896.52 | $896.48 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 149.41. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 149.41 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 192.06. Your starting balance (escrow balance required) according to this analysis should be $169.29. This means you have a surplus of 22.77. This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are keeping the surplus and lowering your monthly payments.

We anticipate the total of your coming year bills to be 896.48. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 74.71 |
| Surplus Amount: | 1.90 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $72.81 |